**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Richard Theodore Fifer, ) | |
| ) | |
| Plaintiff, ) | No. CIV 10-1727-PHX-RCB (JRI) |
| ) | |
| vs. ) | O R D E R |
| ) | |
| City of Phoenix, *et al.* ) | |
| ) | |
| Defendants. ) | |

On February 16, 2011, the Magistrate Judge filed an Order and Report and Recommendation ("R&R") (Doc. 16). The Magistrate Judge granted plaintiff's motion to file a second amended complaint ("SAC"),[1] and recommended that counts II and III of that SAC be

---

[1] For clarification, the court notes that the Magistrate Judge's Order and R&R refers to "Plaintiff's Motion to Amend, filed January 27, 2011 (Doc. *13*)." Doc. 16 at 1:11-12 (emphasis added). Because that motion was unsigned, the Magistrate Judge properly ordered plaintiff to file a signed copy of that motion within 14 days, "after which th[at] motion [doc. 13) w[ould] be stricken." Doc. 14 at 1:23-25. Plaintiff complied with that order and on February 11, 2011, timely filed a signed "Motion for Leave to Submit Second Amended Complaint" (doc. 15). That motion is identical to docket 13, except it is signed and does not include a copy of the proposed SAC, which had previously been filed as an attachment to the original motion to amend (doc. 13-1).
    In light of this history, although the Magistrate Judge's order refers to docket 13 when he granted plaintiff's motion to amend, clearly he meant to refer to docket 15 - the signed motion to amend. In accordance with the Magistrate

dismissed without prejudice as to defendant City of Phoenix. R&R
(Doc. 16) at 5:24-26. He further recommended that defendants
McCraw, Friedman, and Maricopa County be required to answer counts
I and IV of the SAC. Id. at 5:27-6:1.

In that R&R, the Magistrate Judge specifically instructed the
parties that, pursuant to Fed. R. Civ. P. 72, they "shall have
fourteen (14) days from the date of service of a copy of this
recommendation within which to file specific written objections
with the Court. Id. at 7:20-22. None of the parties have filed
objections to that R&R, and the fourteen day time frame for so
doing has passed.[2]

When reviewing an R&R issued by a Magistrate Judge, this court
"may accept, reject, or modify, in whole or in part, the findings
or recommendations made by the magistrate judge." 28 U.S.C.
§ 636(b)(1). Only if an objection is made, must this court conduct
a *de novo* review of the Magistrate Judge's findings and
recommendations. Wang v. Masaitis, 416 F.3d 992, 1000 (9th Cir.
2005). That is because "[n]either the Constitution nor the
[Federal Magistrates Act] requires a district judge to review, de
novo, findings and recommendations that the parties themselves
accept as correct." United States v. Reyna-Tapia, 328 F.3d 1114,
1121 (9th Cir. 2003) (en banc) (citations omitted). Indeed,

---

Judge's order, that motion has been granted. Doc. 16 at 1:5:18-19. The docket should so reflect.
    Additionally, evidently because plaintiff did not include a copy of the SAC as an attachment to his signed motion to amend, the Magistrate Judge ordered the filing of docket 13-1 -- the proposed SAC which was attached to the unsigned motion. Id. at 5:20-21. That document serves as the SAC and was the subject of the pending R&R.

    [2] This takes into account the additional three days allotted to plaintiff in accordance with Fed. R. Civ. P. 6(d) because, as the docket sheet indicates, the R&R was served upon him by mail.

-2-

Case 2:10-cv-01727-RCB   Document 20   Filed 04/21/11   Page 2 of 3

1  construing the Federal Magistrates Act, the Supreme Court has found
2  that that "statute does not on its face require any review at all,
3  by either the district court or the court of appeals, of any issue
4  that is not the subject of an objection." <u>Thomas v. Arn</u>, 474 U.S.
5  140, 149, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).  Consistent with
6  the foregoing authority, except to clarify the procedural posture
7  of this action, the court has not conducted a review of the pending
8  R&R because no objections were filed.
9      Accordingly,
10     IT IS ORDERED that the Magistrate Judge's Report and
11 Recommendation (Doc. 16) is ACCEPTED in its entirety.
12     DATED this 20th day of April, 2011.

_____
Robert C. Broomfield
Senior United States District Judge

Copies to plaintiff *pro se* and counsel of record

- 3 -